1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Christopher Tayback (Bar No. 145532)
2    christayback@quinnemanuel.com
     Michael L. Fazio (Bar No. 228601)
3    michaelfazio@quinnemanuel.com
   865 South Figueroa St., 10th Floor
4  Los Angeles, California 90017
   Telephone:    (213) 443-3000
5  Facsimile:    (213) 443-3100

6  Attorneys for Defendant
   ConAgra Foods, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | Margot Lockwood, Individually and on behalf    CASE NO.: CV 08 4151(CRB)
      of All Others Similarly Situated
13                                                  CLASS ACTION
              Plaintiffs,
14                                                  [PROPOSED] ORDER CONTINUING
                                                    INITIAL CASE MANAGEMENT
15      vs.                                         CONFERENCE AND OTHER
                                                    DEADLINES
16
   ConAgra Foods, Inc., DOE Corporation, and        Dept.:  Courtroom 8, 19th Floor
17 DOES 1 through 50, inclusive,                    Judge:  Hon. Charles R. Breyer

18            Defendants.

22402/2709425.1

[PROPOSED] ORDER

**[PROPOSED] ORDER**

WHEREAS, the Court having considered the parties' Stipulation Modifying the Order Setting Initial Case Management Conference and Other Deadlines, and

GOOD CAUSE APPEARING THEREFOR, THE COURT HEREBY ORDERS:

 1. The Initial Case Management Conference is continued to February 27, 2009 at 8:30 a.m.

 2. The last day for the parties to file their Rule 26(f) Report and Joint Case Management Conference Statement is February 20, 2009.

 3. The last day for the parties to serve their Initial Disclosures is February 20, 2009.

**IT IS SO ORDERED.**

DATED: __November 25, 2008__



The Honorable
Judge Charles R. Breyer

[PROPOSED] ORDER