1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Christopher Tayback (Bar No. 145532)
2     christayback@quinnemanuel.com
      Michael L. Fazio (Bar No. 228601)
3     michaelfazio@quinnemanuel.com
   865 South Figueroa St., 10th Floor
4  Los Angeles, California  90017
   Telephone:    (213) 443-3000
5  Facsimile:    (213) 443-3100

6  Attorneys for Defendant
   ConAgra Foods, Inc.
7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | Margot Lockwood, Individually and on behalf | CASE NO.: CV 08 4151(CRB)
      of All Others Similarly Situated
13                                               CLASS ACTION
                     Plaintiffs,
14                                               [PROPOSED] ORDER EXTENDING
                                                 DEFENDANT'S TIME TO ANSWER
15          vs.                                  PLAINTIFF'S CLASS ACTION
                                                 COMPLAINT
16
   ConAgra Foods, Inc., DOE Corporation, and     Dept.:   Courtroom 8, 19th Floor
17 DOES 1 through 50, inclusive,                  Judge:   Hon. Charles R. Breyer

18                   Defendants.

19

20

21

22

23

24

25

26

27

28

22402/2709425.1

[PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### [PROPOSED] ORDER

WHEREAS, the Court having considered the parties' Stipulation Extending Defendant's Time to Answer Plaintiff's Class Action Complaint, and

GOOD CAUSE APPEARING THEREFOR, THE COURT HEREBY ORDERS:

1.      Defendant's Answer to plaintiff's Class Action Complaint shall be filed and served not later than February 27, 2009.

**IT IS SO ORDERED.**

DATED: ___February 12, 2009___



The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

22402/2709425.1

-1-

[PROPOSED] ORDER