QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Christopher Tayback (Bar No. 145532)
christayback@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant
ConAgra Foods, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Margot Lockwood, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ConAgra Foods, Inc., DOE Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV 08 4151(CRB)<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

22533/3088254.1

NOTICE OF SETTLEMENT

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties have reached an agreement in principle to settle this lawsuit. The parties are presently working to obtain a mutually acceptable formal settlement agreement and plaintiff will file a formal dismissal of this lawsuit with prejudice after the settlement agreement is finalized and approval is granted by the Court. Accordingly, the parties respectfully request that the Case Management Conference scheduled for September 18, 2009 and the Settlement Conference scheduled for November 2, 2009 before Magistrate Judge Spero be taken off calendar.

DATED: September 4, 2009

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Christopher Tayback
Michael L. Fazio
Quinn Emanuel Urqhart Oliver & Hedges, LLP
Attorneys for Defendant
ConAgra Foods, Inc.

DATED: September 4, 2009

Respectfully submitted,

THE GILBERT LAW FIRM

By _____
Christopher K. Gilbert (*pro hac vice*)
Attorney for Plaintiff
Margot Lockwood

22533/3088254.1

NOTICE OF SETTLEMENT